UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-33201 |
|---|---|
| RICHARD J MORROW | (Chapter 13) |
| MARY D MORROW | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4089258**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 6/ 32 | KMC KOB<br>PULMONARY MEDICINE OF DAYTON<br>6728 LOOP RD STE 304<br>CENTERVILLE, OH  45459 | 1.45 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 7/26/2011

Certificate of Service                                              06-33201

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| RICHARD J MORROW<br>MARY D MORROW<br>504 KOLPING AVENUE<br>DAYTON, OH  45410 | DENNIS HEITZ<br>1634 S SMITHVILLE RD<br>DAYTON, OH  45410 | (1011.1n)<br>AMERICAN HOME MORTGAGE SERVICING INC<br>1525 S BELTLINE ROAD<br>COPPELL, TX  75019 |
| (1015.1n)<br>B LINE LLC<br>MS 550<br>BOX 91121<br>SEATTLE, WA  98111 | (1016.1n)<br>CHRISTOPHER P KENNEDY<br>24755 CHAGRIN BLVD<br>SUITE 200<br>CLEVELAND, OH  44122 | (1012.1n)<br>CITI RESIDENTIAL LENDING INC<br>C/O BUCHALTER NEMER<br>18400 VON KARMAN AVE #800<br>IRVINE, CA  92612 |
| (47.1n)<br>EMERSON KECK<br>318 W FOURTH<br>DAYTON, OH  45402 | (1017.1n)<br>EMERSON R KECK<br>15 W FOURTH ST   STE 100<br>DAYTON, OH  45402 | (45.1n)<br>HSBC AUTO CREDIT INC<br>AKA HSBC AUTO CREDIT INC LP<br>C/O NATL NK SERVCS BOX 829009<br>DALLAS, TX  75382 |
| (32.1)<br>KMC KOB<br>PULMONARY MEDICINE OF DAYTON<br>6728 LOOP RD STE 304<br>CENTERVILLE, OH  45459 | (1018.1n)<br>Linh K Tran<br>2101 Fourth Avenue, Ste 900<br>Seattle, WA  98121 | (1013.1n)<br>PRA RECEIVABLES MANAGEMENT LLC<br>BOX 41067<br>NORFOLK, VA  23541 |

Jeffrey M. Kellner BY        ___/s/ Jeffrey M. Kellner_____        sv